FILED

01/25/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0200

**IN THE SUPREME COURT FOR THE STATE OF MONTANA**

No. DA 21-0200

STATE OF MONTANA,

Plaintiff and Appellee,

v.

TIMOTHY GALE MUNYAN,

Defendant and Appellant.

**ORDER**

Upon consideration of Defendant and Appellant's Motion For Extension Of Time, and with good cause shown, Defendant and Appellant Timothy Munyan is hereby granted an extension of time until March 4, 2022 in which to prepare, file and serve Defendant and Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 25 2022